■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUBIN SCOTT, Appellant. [916 NYS2d 508]—Judgment, Supreme Court, New York County (Michael R. Ambrecht, J.), rendered October 14, 2008, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the fourth degree, and sentencing him to a term of 1 to 3 years, unanimously affirmed.

Although we find that defendant's waiver of the right to appeal was invalid, we perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Andrias, Moskowitz, Richter and Manzanet-Daniels, JJ.